UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALLEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, a municipal corporation; JOHN KRIEG, individually and in his official capacity a sheriff's deputy for the Contra Costa Sheriff's Department and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>Defendants. | CASE NO.: 3:24-cv-03759-LJC<br><br>ORDER AS MODIFIED RE: PLAINTIFF'S [UNOPPOSED] MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

## **ORDER AS MODIFIED**

The Court, having considered Plaintiff's request, and good cause appearing, hereby continues the Case Management Conference from September 26th to November 21, 2024 at 1:30 p.m. via Zoom. The parties are ordered to file a Joint Case Management Conference statement by November 14, 2024.

**IT IS SO ORDERED.**

Dated: September 20, 2024

_____
HONORABLE LISA J. CISNEROS